Certificate Number: 05781-VAE-DE-041194196

Bankruptcy Case Number: 26-32637



05781-VAE-DE-041194196

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 11, 2026, at 2:48 o'clock PM PDT, Savanah Bedard completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of Virginia.

Date:   July 11, 2026

By:     /s/Allison M Geving

Name:   Allison M Geving

Title:   President